## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **TREY LORENZ DINKINS,** | **Case No. 5:25-cv-272-TES-CHW** |
| *Petitioner,* | |
| **v.** | **Proceedings Under 28 U.S.C. § 2254** |
| | **Before the U.S. Magistrate Judge** |
| **AARON PINEIRO, Warden,** | |
| *Respondent.* | |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 19] to dismiss as untimely Petitioner Trey Lorenz Dinkins's Section 2254 federal habeas action [Doc. 1] and to deny Petitioner's motion for summary judgment [Doc. 7] as moot. [Doc. 19]. Petitioner has not filed a timely objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's R&R. [Doc. 19, p. 6]. Thus, the Court reviews the R&R for clear error. *See* 28 U.S.C. § 636(b)(1), *in connection with* Fed. R. Civ. P. 6(a)(1) & (d).

Having considered the R&R, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's R&R [Doc. 19] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS**

Respondent Warden Aaron Pineiro's motion to dismiss as untimely [Doc. 13] and

**DISMISSES** Petitioner's Petition [Doc. 1] **without prejudice**. Additionally, the Court

**DENIES** Petitioner's motion for summary judgment [Doc. 7] **as moot**. The Court further

**DENIES** a certificate of appealability.

      **SO ORDERED**, this 29th day of December, 2025.

                                  S/ Tilman E. Self, III
                                  **TILMAN E. SELF, III, JUDGE**
                                  **UNITED STATES DISTRICT COURT**