IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TREY LORENZ DINKINS,      *

    Petitioner,      *

v.      Case No. 5:25-cv-00272-TES-CHW

     *

WARDEN PINERO,

     *

    Respondent.

     *

## J U D G M E N T

Pursuant to this Court's Order dated 12/29/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of December, 2025.

    David W. Bunt, Clerk


    s/ Erin Pettigrew, Deputy Clerk